Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−20081−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Mercer
   dba Mercer Remodling
   288 Kettle Creek Road
   Toms River, NJ 08753−1990

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/23/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 23, 2023
JAN: dmi

   Jeanne Naughton
   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ronald J. Mercer  
    Debtor

Case No. 22-20081-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 23, 2023      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald J. Mercer, 288 Kettle Creek Road, Toms River, NJ 08753-1990 |
| 519829977 | + | Americredit Financial Srvs/GM Financial, c/o Morton & Craig, LLC, 110 Marter Ave., Ste. 301, Moorestown, NJ 08057-3124 |
| 519797018 | | Shellpoint Mortgage Servicing, PO Box 650840, Dallas, TX 75265-0840 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 24 2023 01:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Feb 23 2023 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519805869 | | EDI: PHINAMERI.COM | Feb 24 2023 01:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519805104 | + | EDI: PHINAMERI.COM | Feb 24 2023 01:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519797006 | + | Email/Text: collectors@arresourcesinc.com | Feb 23 2023 20:52:00 | Barron Emrgency Physicians, c/o AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 519797009 | + | EDI: CAPITALONE.COM | Feb 24 2023 01:44:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519797011 | + | EDI: AIS.COM | Feb 24 2023 01:49:00 | Capital One NA, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519797012 | + | Email/Text: legal@arsnational.com | Feb 23 2023 20:53:00 | Citibank NA, c/o ARS National Services Inc., POB 469100, Escondido, CA 92046-9100 |
| 519797013 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 23 2023 20:52:00 | JP Morgan Chase, c/o National Bankruptcy Services LLC, POB 9013, Addison, TX 75001-9013 |
| 519797014 | + | Email/Text: bankruptcy@certifiedcollection.com | Feb 23 2023 20:53:00 | Ocean Medical Center Meridian Health, c/o Certified Credit & Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 519797433 | + | EDI: RECOVERYCORP.COM | Feb 24 2023 01:49:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-20081-MBK   Doc 33   Filed 02/25/23   Entered 02/26/23 00:17:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519797015 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates LLC, c/o GM Consumer, PO Box 41067, Norfolk, VA 23541 |
| 519797016 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates LLC, c/o Home Depot, PO Box 41067, Norfolk, VA 23541 |
| 519797017 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates LLC, c/o TJX, PO Box 41067, Norfolk, VA 23541 |
| 519820995 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519797019 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 23 2023 20:52:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519797020 | + | EDI: PRA.COM | Feb 24 2023 01:49:00 | Synchrony Bank, c/o Portfolio Recovery, POB 4115, Concord, CA 94524-4115 |
| 519832228 | | EDI: WFFC2 | Feb 24 2023 01:44:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519797022 | + | EDI: WFFC2 | Feb 24 2023 01:44:00 | Wells Fargo Card Services, PO Box 10438, Des Moines, IA 50306-0438 |
| 519797021 | + | EDI: WFFC2 | Feb 24 2023 01:44:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 519826267 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 20:56:13 | Westlake Services LLC, c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519829978 | *+ | Americredit Financial Srvs/GM Financial, c/o Morton & Craig, LLC, 110 Marter Ave., Ste. 301, Moorestown, NJ 08057-3124 |
| 519797007 | *+ | Barron Emrgency Physicians, c/o AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 519797008 | *+ | Barron Emrgency Physicians, c/o AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 519797010 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519815760 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o GM CONSUMER, POB 41067, Norfolk, VA 23541 |
| 519820994 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2023         Signature:        /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 23, 2023 | Form ID: 148 | Total Noticed: 26

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| John Michael McDonnell | on behalf of Debtor Ronald J. Mercer jmcdonnell@mchfirm.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 6